IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

NORTHPORT HEALTH SERVICES OF
ARKANSAS, LLC, d/b/a Covington Court Health
and Rehabilitation Center; et al.                                                          PLAINTIFFS

v.                                      No. 2:17-CV-02128

MARK WESLEY POSEY, Individually and as
Special Administrator of the Estate of Clyde Wesley
Posey, and on Behalf of the Wrongful Death Beneficiaries
of Clyde Wesley Posey                                                                      DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 15th day of June, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE