FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Sep 19, 2019
OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

NORTHPORT HEALTH SERVICES
OF ARKANSAS, LLC, et al.                                                     PLAINTIFFS

v.                           No. 2:17-CV-02128

MARK WESLEY POSEY                                                             DEFENDANT

## JUDGMENT

Pursuant to the mandate (Doc. 59), judgment (Doc. 59-1), and opinion (Doc. 59-2) of the United States Court of Appeals for the Eighth Circuit, Plaintiffs' complaint to compel arbitration and enjoin State Court proceedings is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 19th day of September, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE